UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED CLERK'S OFFICE

2008 JAN -7  A 7: 31

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

Dennis Lee Brown,

)  C/A No. 9:07-3919-RBH-GCK
)
)
Plaintiff,  )
)
)
vs.  )
)  **ORDER**
Michael J. Astrue, Commissioner of Social Security,  )
)
)
Defendant.  )
)

This was originally a *pro se* action seeking benefits under the Social Security Act. In an order (Entry No. 7) filed in this case on December 6, 2007, the undersigned granted the plaintiff's motion to proceed *in forma pauperis*. On December 10, 2007, the undersigned issued a "get in proper form" order.

The plaintiff has retained counsel. On December 28, 2007, Beatrice E. Whitten, Esq., filed a Notice of Appearance. Since the plaintiff is now represented by counsel, the undersigned, hereby, vacates the order of December 10, 2007 (Entry No. 11). The above-captioned case will be treated as a counseled case seeking review of a final decision of the Commissioner of Social Security.

IT IS SO ORDERED.

January 4, 2008
Charleston, South Carolina

George C. Kosko
United States Magistrate Judge